UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRINKER RESTAURANT CORPORATION, a Virginia corporation; GALE ANN LINGLE, as Co-Trustee of the Jonah Jones Jr. Trust u/d/t 06/01/76 and Trustee of The Richards/Dickinson 1986 Trust u/d/t 02/17/87; DAVID E. COHEE, as Co-Trustee of the Jonah Jones Jr. Trust u/d/t 06/01/76; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | **Case No.: 5:19-cv-01421 JGB (SPx)**<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　Having considered the Parties' stipulation, and good cause shown, IT IS HEREBY ORDERED: that this case is Dismissed with prejudice.  Each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: August 27, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Jesus G. Bernal
　　　　　　　　　　　　　　　　　United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE**

1